**Opinion issued April 27, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00454-CV

———————————

**DEAN Q. WYNN AND IRS MEDIATORS CORP, Appellants**

**V.**

**FRANKIE FLORES AND TAMARA FLORES, Appellees**

**and**

**FRANKIE FLORES, Cross-Appellant**

**V.**

**IRS MEDIATORS CORP AND DIHN NGUYEN, Cross-Appellees**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1045016**

---

## MEMORANDUM OPINION

Appellants and cross-appellant have failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, neither appellants nor cross-appellant adequately responded. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Huddle.